Hon. Thomas S. Zilly



07-CV-00657-CLM

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINA HENDRIX,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SEATTLE HOUSING AUTHORITY and TOM TIERNEY, Executive Director of the Seattle Housing Authority, in his Official Capacity<br><br>　　　　　Defendants. | No.  C07-657 TSZ<br><br>STIPULATED ORDER FOR DISMISSAL OF U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br><br>~~(PROPOSED)~~ |

**I. Stipulation**

Plaintiff Tina Hendrix, Defendant Seattle Housing Authority, and Defendant Tom Tierney, by counsel, agree that:

1.　The Court, by Minute Order dated May 16, 2008, has instructed either the Plaintiff or the Defendants to, within thirty (30) days, make the U.S. Department of Housing & Urban Development (HUD) a party to this action, either by an amended complaint (Plaintiff) naming HUD as a defendant or by a third-party complaint (Defendants) impleading HUD;

2.　As of now, however, neither the Plaintiff nor the Defendants have filed or served any amended complaint or third-party complaint upon HUD, nor has the time in which to do so

STIPULATED ORDER FOR DISMISSAL OF HUD – 1 OF 3

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501

expired, nor has HUD filed any Notice of Appearance or other pleading; therefore, the only parties who have appeared in this action to date are Plaintiff Tina Hendrix, Defendant Seattle Housing Authority, and Defendant Tom Tierney;

3. Despite the Court's Minute Order of May 16, 2008, the present parties have reached a Consent Order that, if approved by the Court, would fully resolve the pending action without requiring HUD participation or otherwise affecting HUD;

4. Therefore, Plaintiff Tina Hendrix, Defendant Seattle Housing Authority, and Defendant Tom Tierney have agreed to request an order dismissing HUD from the action;

5. Although Fed.R.Civ.P. 41(a)(ii) would ordinarily authorize the existing parties to dismiss HUD without a court order, it is desirable that the Court enter an order to effectuate a dismissal of HUD because the Court has found HUD to be a necessary party in this action;

6. Therefore, the Court should enter the proposed Order for Dismissal of HUD pursuant to Fed.R.Civ.P. 41(a)(2).

Approved as to form and content by:

_____        _____
Eric Dunn (WSBA #36622)                  James Fearn (WSBA #2959)
Attorney for Plaintiff                   Attorney for Defendants

## II. Order

This matter before the Court by stipulation of the parties and with the Court duly advised:

1. [Any and all claims that are or might be asserted against] ~~The~~ U.S. Department of Housing & Urban Development (HUD) [are] hereby Dismissed from this action and no other party shall remain obligated to make HUD a party.

2. This dismissal is entered pursuant to Federal Rule of Civil Procedure 41(a)(2) and is effective immediately and without prejudice.

STIPULATED ORDER FOR DISMISSAL OF HUD – 2 OF 3

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501

3. This Order is entered without costs to any party.

4. _Plaintiff's motion for summary judgment, docket no. 28, and defendants' motion for summary judgment, docket no. 42, are STRICKEN as moot, in light of the foregoing stipulation and related_

Dated this __9__ day of __June__, 2008, at _____ (am / pm). _Consent Order, signed this same day._

_____
U.S. District Judge

Presented by:
NORTHWEST JUSTICE PROJECT

_[signature]_ 6/3/2008
Eric Dunn, WSBA #36622
Attorney for Plaintiff

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501